PS 12B
(8/03)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions of Release

Name of Defendant: John Irving Wheeler  Case Number: 2:12cr171-MEF-1

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, U.S. Magistrate Judge

Date of Release: 11/13/12

Next Court Appearance: Trial set for 04/01/13

Original Offense: Title 18, USC, Section 1341 - Conspiracy to Commit Mail and Wire Fraud
Title 18, USC, Section 1343 - Wire Fraud
Title 18, USC, Section 1341 - Mail Fraud
Title 18, USC, Section 1028 A(a),(1),(c)(5), and 2 - Aggravated Identity Theft
Title 18, USC, Section 513(a)  - Forgery of State Securities
Title 18, USC, Section 1512(c) - Tampering with Witness (attempted to destroy documents and records)

Conditions of Release: Standard conditions of release with the additional conditions of Home Detention and Active GPS / Location Monitoring.

## PETITIONING THE COURT

To modify the conditions of release as follows:

To remove, in their entirety, conditions (s) and (t), which required both Home Detention and Active Global Positioning Satellite (GPS) monitoring.

### CAUSE

Since the defendant's 11/13/12, release on bond, he has had no known violations and has continued to adhere to the Home Detention and GPS monitoring conditions without incident.  Additionally, the defendant has enrolled at, and is currently attending, Troy University (Montgomery Campus), has tested negative on all drug tests, and has reported to the U.S. probation officer as instructed.

Given the aforementioned, it appears as if the defendant has not only demonstrated a willingness to comply with the Court's orders, but has also simultaneously and satisfactorily demonstrated a reduction in any previously perceived risk of flight or nonappearance.

                                      Respectfully submitted,

                                by    /s/ Jason M. Dillon

                                    Jason M. Dillon
                                    U.S. Probation Officer
                                    Date: March 27, 2013

Reviewed and approved:     /s/ Sandra G. Wood
                          Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[X]    The Modification of Conditions as Noted Above
[ ]    Other

    Done this 29th day of March, 2013.


                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  UNITED STATES MAGISTRATE JUDGE