IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:12-cr-171-MEF |
| ) | |
| JOHN IRVING WHEELER, ) | |
| ) | |

## **ORDER**

Upon consideration of the Government's Motion to Strike Forfeiture Allegation (Doc. #21) of the indictment returned September 12, 2012 (Doc. #1), it is hereby ORDERED that the motion is GRANTED.

DONE this the 2nd day of April, 2013.

                                                         /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE